UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM I. NICHOLS,

    Plaintiff,

v.                                         Case No: 6:12-cv-1163-Orl-36DAB

CBS OUTDOOR, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge David A. Baker on April 9, 2013 (Doc. 22). In the Report and Recommendation, Judge Baker recommends that the Court dismiss *pro se* Plaintiff William I. Nichols' ("Plaintiff") Amended Complaint for failure to prosecute. Doc. 22, p. 3. Neither party has objected to the Report and Recommendation and the time to do so has expired.

Plaintiff has failed to respond to discovery, Defendant CBS Outdoor, Inc.'s ("Defendant") Motion to Compel (Doc. 21), or the Court's Order to Show Cause as to why sanctions should not be imposed for Plaintiff's failure to respond to the Court's standard Notice of Pendency of Other Actions and Certificate of Interested Persons (Doc. 16). The Court is in agreement with the Magistrate Judge that this case should be dismissed for failure to respond to discovery and the Court's Order to Show Cause. *See* Fed. R. Civ. P. 37(b)(2). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff William I. Nichols' Amended Complaint (Doc. 2) is **DISMISSED** for failure to prosecute.

3. The Clerk is directed to terminate all deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker